UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE BUEHLER,                          :
                                       :
    Plaintiff,                         :
                                       :
    v.                                 :          CASE NO. 3:08MC325(RNC)
                                       :
KENETITEC CORP., ET AL,                :
                                       :
    Defendant.                         :

## RULING ON CLAIM OF EXEMPTION

    This is an action to enforce a judgment. The judgment creditor has executed upon funds in the judgment debtor's account with Merrill Lynch. Judgment Debtor John McConnaughy, a/k/a Jack McConnaughy, has filed a Claim of Exemption Established by Law (doc. #20), claiming that certain funds in that account are exempt from execution. The court scheduled a hearing for June 7, 2009, and notice of the hearing was sent to the judgment debtor. The judgment debtor did not appear for the hearing. Plaintiff's counsel was present and opposed the exemption claim.

    The court finds that the funds do not fall within an exemption as claimed by the judgment debtor. Merrill Lynch shall release the funds to the judgment creditor as provided by Conn. Gen. Stat. § 52-367b. Pursuant to Conn. Gen. Stat. §52-367b(i), the clerk's office shall send a copy of this order to Merrill Lynch at the address set forth on the Claim of Exemption (doc. #20).

    SO ORDERED at Hartford, Connecticut this 9th day of June 2009.

                                          _____/s/_____
                                          Donna F. Martinez
                                          United States Magistrate Judge